**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

OCT - 4 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

ANGEL VARGAS-GONZALEZ, JR.(1)
Charged as Angel Gonzalez,JR.

                    Defendant.

CASE NO. 12CR5002-GPC

**JUDGMENT OF DISMISSAL**

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

 X    an indictment has been filed in another case against the defendant and
      the Court has granted the motion of the Government for dismissal of
      this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal,
      without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of
      acquittal; or

___   a jury has been waived, and the Court has found the defendant not
      guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

 X    of the offense(s) as charged in the Indictment:

      21 USC 846,841(a)(1)


          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: October 4, 2013

                                   _____
                                   Gonzalo P. Curiel
                                   U.S. District Judge